# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT  DESIGNATED  FOR  PUBLICATION

Lawrence N. Curtis
Attorney at Law
P. O. Box 80247
Lafayette LA 70598-0247

D'Ann R. Penner
Larry Curtis
300 Rue Beauregard, Bldg C
Lafayette LA 70508

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 4, 2019

**REHEARING ACTION: December 4, 2019**

**Docket Number: 19   00660-CW**

**ALAN R. STEVENS AND CONNIE FAYE STEVENS**
**VERSUS**
**UNION PACIFIC RAILROAD COMPANY, ET AL.**

**Writ Application from Lafayette Parish Case No. 2010-0067**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. John D. Saunders**
   **Hon. Elizabeth A. Pickett**
   **Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Alan R. Stevens** is:

   **MOTION FOR REHEARING DENIED.**

cc: David Andrew Fraser, Counsel for the Applicant
   Pamela LeBato Courtney, Counsel for the Applicant
   Ashley D. Boutte, Counsel for the Applicant